FILED
U.S. DIST COURT
MIDDLE DIST OF LA

2009 DEC 16  P 2: 14

BY DEPUTY CLERK

UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| FRANK A. O'BRIEN | * | CIVIL ACTION NO: |
| VERSUS | * | 3:08-cv-00283 JVP-DLD |
| TIMOTHY SPELL, TWENTIETH CENTURY FOX FILM CORPORATION, TWENTIETH-CENTURY FOX DISTRIBUTING CORPORATION, ONE AMERICA PRODUCTIONS, INC. EVERYMAN PICTURES, MAJOR STUDIO PARTNERS, INC., DUNE ENTERTAINMENT, L.L.C., AND CHRISTINE BERGREN D/B/A CHRISTINE BERGREN MUSIC CONSULTING | * * * * * | MAGISTRATE: |

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

## JUDGMENT

Judgment is hereby entered in favor of the plaintiff, Frank A. O'Brien, and against defendant, Timothy Spell, in the amount of TWENTY-FIVE THOUSAND SEVEN HUNDRED AND SIXTY-EIGHT DOLLARS AND ONE CENT ($25,768.01), together with interest on this amount from the date of entry of this judgment, in accordance with 28 U.S.C. §1961.

Signed at Baton Rouge, Louisiana, this 16th day of December, 2009.